# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

Marilyn Kelly,
Chief Justice

141172

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JOSEPH EARL ROBINSON,
    Defendant-Appellant.

SC: 141172
COA: 296131
Wayne CC: 02-001497-FC

_____/

   On order of the Court, the application for leave to appeal the April 15, 2010 order of the Court of Appeals is considered, and it is DENIED, because defendant's motion for relief from judgment is prohibited under MCR 6.502(G).



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

Clerk